993 F.2d 224
 Golfieri (Albert J.)
v.
Continental Group, Inc., Continental Beverage Packaging,
Inc., (f/k/a Continental Can Company, U.S.A., Inc.,
originally known as Continental Can Company, Inc.),
Continental Packaging Company, Inc., Continental Group,
Inc., Continental Can Company, Inc., (f/k/a TDV Holding
Corporation), Kiewit Continental, Inc., (f/k/a KMI
Continental Inc.), Peter Kiewit Sons', Inc., Kiewit Holding
Group, Inc., Crown Cork and Seal, Inc.
 NO. 92-7420
 United States Court of Appeals,
Third Circuit.
 Mar 25, 1993
 
 Appeal From: M.D.Pa.,
 Muir, J.
 
 
 1
 AFFIRMED.